AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▾

| | |
|---|---|
| LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U. | ) |
| *Plaintiff* | ) |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY | ) |
| *Defendant* | ) |

Case No.   26-cv-02468

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Lionel Andrés Messi Cuccittini and LMGM, S.L.U.                                    .

Date:      03/25/2026

/s/ Christopher Tom
*Attorney's signature*

Christopher Tom, SDNY Bar No. CT1983
*Printed name and bar number*
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001

*Address*

ctom@bsfllp.com
*E-mail address*

(212) 446-2300
*Telephone number*

(212) 446-2350
*FAX number*