**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 26-cv-02468 |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiffs LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U. make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1.    Plaintiff LIONEL ANDRÉS MESSI CUCCITTINI is a natural person.

2.    Plaintiff LMGM, S.L.U. is a sociedad limitada unipersonal organized under the laws of the Principality of Andorra. Plaintiff LMGM, S.L.U. is a wholly-owned subsidiary of Thimaci, S.L., and no publicly-held corporation owns 10% or more of LMGM, S.L.U.'s stock.

1

Dated: March 25, 2026                Respectfully,


                                */s/ Matthew L. Schwartz*
Matthew L. Schwartz
Katie Kavanaugh (*pro hac vice application forthcoming*)
Christopher Tom
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
mlschwartz@bsfllp.com
kkavanaugh@bsfllp.com
ctom@bsfllp.com

*Attorneys for Plaintiffs LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U.*

2