**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U.,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 26-cv-02468 |

**DECLARATION OF MATTHEW L. SCHWARTZ IN SUPPORT OF PLAINTIFFS'**
***EX PARTE* APPLICATION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Matthew L. Schwartz, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am managing partner of the law firm of Boies Schiller Flexner LLP, counsel for plaintiffs LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U. in the above-captioned case. I submit this declaration in support of Plaintiffs' *ex parte* application for entry of a temporary restraining order.

2.      A May 2025 report by the Organisation for Economic Co-operation and Development ("OECD") and European Union Intellectual Property Office ("EUIPO") included findings that "a staggering" approximately $467 billion of counterfeit goods were traded globally in 2021—"a sum comparable to the gross domestic product of some OECD member countries." A true and correct copy of this report is attached hereto as **Exhibit 1.**

3.      According to an intellectual property rights seizures statistics report issued by the United States Customs and Border Protection, the manufacturer's suggested retail price of goods

1

seized for intellectual property rights violation by the U.S. government increased from $1.3 billion in fiscal year 2020 to $5.4 billion in fiscal year 2024  In fiscal year 2024, more than 32 million goods were seized for intellectual property rights violation, nearly 28 million of which were seized from China and Hong Kong; the manufacturer's suggested retail price of those goods totaled over $5 billion. A true and correct copy of this report is attached hereto as **Exhibit 2**.

4.      A true and correct copy of the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters ("Hague Convention"), to which China is a signatory, and the status table of signatures, ratifications, and accessions provided by the Hague Conference on Private International Law ("HCCH"), are collectively attached hereto as **Exhibit 3**. According to Article I of the Hague Convention, the "convention shall not apply where the address of the person to be served with the document is not known."

5.      Pursuant to Federal Rule of Civil Procedure 65(b)(1), I believe that the specific facts set out in the Complaint, this Declaration, and in the accompanying Declarations of Dominik Fourné and Hou Yingchun clearly show that immediate and irreparable injury, loss, or damage will result to the Plaintiffs before the Defendants can be heard in opposition; and I certify that advance notice should not be required because, among other things, of the likelihood that Defendants will change to new online stores or platforms, and move any assets from U.S.-based bank accounts, including PayPal accounts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2026, in New York, New York.

*/s/ Matthew L. Schwartz*
Matthew L. Schwartz

2