# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,948,078**

**Registered Apr. 26, 2016**

**Int. Cls.: 9, 18, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

LIONEL ANDRES MESSI CUCCITTINI (SPAIN INDIVIDUAL)
GRAN VÍA CARLOS III, 53-5º-1º
BARCELONA, SPAIN E-08028

FOR: CASES AND COVERS FOR MOBILE PHONES; CASES AND COVERS FOR LAPTOPS, COMPUTER BAGS; HEADPHONES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

FOR: BACKPACKS; CARRYING BAGS AND DUFFEL BAGS; TRAVELLING BAGS; SPORTS BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

FOR: CLOTHING, NAMELY, SPORT PANTS, T-SHIRTS, SWEAT SHIRTS, SHORTS, SOCKS, POLO SHIRTS, PULLOVERS; JERSEYS; JACKETS; TRACKSUIT; SPORTS FOOTWEAR, NAMELY, FOOTBALL AND BASEBALL SHOES; CLEATS FOR ATTACHMENT TO SPORTS SHOES; FLIP FLOPS; SANDALS; HEADGEAR, NAMELY, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

FOR: BALLS FOR GAMES; ATHLETIC KNEE GUARDS, ELBOW GUARDS, AND SHIN GUARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

THE MARK CONSISTS OF A SHIELD WITH A STYLIZED DESIGN IN THE CENTER OF THE SHIELD.

SN 86-978,477, FILED 10-29-2014.

AISHA CLARKE, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.