**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U., <br><br>     Plaintiffs, <br><br>   v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br>     Defendants. | Case No. 26-cv-02468 |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION**
**(APPLICATION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER)**

Plaintiffs LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U. respectfully move for an order granting Plaintiffs permission to file a memorandum of law in support of Plaintiffs' *ex parte* application (the "Application") for entry of a Temporary Restraining Order ("TRO") in excess of the page limitations set by the Court.

As part of the Application, Plaintiffs seek the following relief:

(1) a temporary restraining order against Defendants (as described in **Schedule A** attached to the Complaint enjoining Defendants from the manufacture, importation, distribution, offering for sale, and sale of counterfeit products (the "Counterfeit Products") bearing, using, or infringing upon Plaintiffs' trademark covered by U.S. Trademark Registration No. 4,948,078;

(2) a temporary restraint of certain of Defendants' assets, to preserve Plaintiffs' right to an equitable accounting;

(3) expedited discovery allowing Plaintiffs to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Counterfeit Products, as well as of Defendants' financial accounts;

(4) permission to effectuate service by electronic mail and electronic publication; and

(5) an order against Defendants to show cause why a preliminary injunction should not issue on the return date of the Application.

As a result, Plaintiffs' Application must address the relevant law and evidence on each of these five distinct issues, which must be considered simultaneously. Because Plaintiffs do not yet know which judge will be assigned to this case, Plaintiffs are unable to determine whether their memorandum will exceed that judge's individual rules. However, Plaintiffs' proposed brief contains approximately 10,130 words, which is in excess of the default 8,750 word limit contained in Local Civil Rule 7.1(c). To the extent necessary, therefore, Plaintiffs respectfully request that the Court accept the accompanying memorandum of law for filing.

Dated:    March 25, 2026                Respectfully,


                                        /s/ Matthew L. Schwartz
                                        Matthew L. Schwartz
                                        Katie Kavanaugh (*pro hac vice application forthcoming*)
                                        Christopher Tom
                                        Boies Schiller Flexner LLP
                                        55 Hudson Yards
                                        New York, NY 10001
                                        (212) 446-2300
                                        mlschwartz@bsfllp.com
                                        kkavanaugh@bsfllp.com
                                        ctom@bsfllp.com

                                        *Attorneys for Plaintiffs LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U.*