**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIONEL ANDRÉS MESSI CUCCITTINI and LMGM, S.L.U., <br><br>     Plaintiffs, <br><br>   v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br>     Defendants. | Case No. 26-cv-02468 |

**[PROPOSED] ORDER TO EXCEED PAGE LIMIT**

On this day, the Court considered Plaintiffs' Motion to Exceed Page Limitation (the "Motion") and it is hereby ORDERED that Plaintiffs may submit a memorandum of law in support of its *ex parte* application for entry of an order to show cause with a temporary restraining order and other relief in excess of the default 8,750 word limit contained in Local Civil Rule 7.1(c).

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE