**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LMGM, S.L.U., and LIONEL ANDRÉS MESSI
CUCCITTINI

      Plaintiffs,

  v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

      Defendants.

Case No. 1:26-cv-02468-ER

**PRELIMINARY INJUNCTION ORDER**

**THIS MATTER** comes before the Court on the application of LMGM, S.L.U. and

LIONEL ANDRES MESSI CUCCITTINI (collectively, "Plaintiffs"), brought by way of Order to

Show Cause for entry of a Preliminary Injunction (the "Application") against the Defendants

identified on the Schedule A to the Preliminary Injunction Order attached hereto (collectively,

"Defendants") and using at least the domain names or online marketplace accounts identified on

the Schedule A (collectively, the "Defendant User Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court

having found that Plaintiffs meet the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the Defendants because the

Defendants directly target their business activities toward consumers in the United States,

including New York, by selling and shipping products into this Judicial District. Specifically,

Defendants are reaching out to do business with New York residents by operating one or more

1

commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiffs' genuine products ("Counterfeit Products") bearing, using, or infringing upon Plaintiffs' trademark covered by U.S. Trademark Registration No. 4,948,078 (the "Plaintiffs' Trademark").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiffs have a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm, if the injunction is not granted including for example:

1.      Through the Declarations of Dominik Fourné and Matthew L. Schwartz and accompanying evidence, Plaintiffs have proven a prima facie case of trademark infringement because (1) Plaintiffs' Trademark is registered with the U.S. Patent and Trademark Office and Plaintiffs hold all right, title, and interest in and to their trademark; (2) Plaintiffs develop, market, and sell products using their trademark; (3) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using Plaintiffs' Trademark; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiffs' genuine products or would be confused by Defendants' use of Plaintiffs' Trademark; and (5) Defendants are not licensed or authorized to use Plaintiffs' Trademark, and none of the Defendants is an authorized retailer of Plaintiffs' genuine Products.

2.      Defendants' continued and unauthorized use of Plaintiffs' Trademark irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales.

3.      Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law; and

4.      The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on April 10, 2026, Dkt. No. 28, should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE,** on this 23rd day of April, 2026, this Court ORDERS that:

1.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

a.      Using Plaintiffs' Trademark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

b.      Passing off, inducing, or enabling others to sell or pass off any product as Plaintiffs' genuine product that is not, in fact, a genuine product and/or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale using Plaintiffs' Trademark;

3

c.    Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d.    Further infringing Plaintiffs' Trademark and damaging Plaintiffs' goodwill;

e.    Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear Plaintiffs' Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

f.    Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the Defendant Internet Stores, or any other domain name or online marketplace account that is currently being used to sell or is the means by which Defendants could continue to sell counterfeit versions of Plaintiffs' Products; and

g.    Operating and/or hosting websites and/or any other web presence registered or operated by Defendants that are currently involved with the distribution, marketing, advertising, offering for sale, or sale of any product using Plaintiffs' Trademark.

2.    Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing: (a) their true name and physical

address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Temu, WeChat Pay, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above.

3.      Within five (5) days of receipt of this Order, Temu, Walmart, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account are directed to disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of counterfeit and infringing goods using Plaintiffs' Trademark.

4.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, DHgate eBay, etsy, Redbubble, Temu, Walmart, Wish, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, WeChat Pay, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days

after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

c. Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Temu, Walmart, WeChat Pay, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.    Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the Defendants identified in Schedule A to the Preliminary Injunction Order until further ordered by this Court.

7.    Temu, Walmart, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, WeChat Pay, Wise/TransferWise, Wish, and World First accounts connected to and related to the Defendants listed in Schedule A to this order; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.      Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any Defendant User Account, shall within five (5) business days of receipt of this Order:

    a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the Defendants listed on the Schedule A to this Order; and

    b.  Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9.      Plaintiffs may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defendants by third parties that includes a link to said website.  The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10.     Plaintiffs' Amended Schedule A to the Complaint, Exhibit 1 to the Amended Declaration of Hou Yingchun, and Exhibit 2 to the Declaration of Dominik Fourné shall become unsealed.

11.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

12.    The five thousand dollars ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: April 23, 2026

_____

Honorable Edgardo Ramos
United States District Judge

**SCHEDULE A TO PRELIMINARY INJUNCTION ORDER**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | A POWER MAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219119319 |
| 2 | ALI HU | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225101290 |
| 3 | BIAOBIAOY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220971237 |
| 4 | CGCFashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219414599 |
| 5 | ChenLV | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224500650 |
| 6 | Chironn | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226073472 |
| 7 | CindyYQ | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224797928 |
| 8 | CSSZY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219548865 |
| 9 | Cxf Yp | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223649023 |
| 10 | DailySync | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221680414 |
| 11 | Exquisite mens clothing i | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218915850 |
| 12 | Fashion expert L | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220083868 |
| 13 | Fashion Store X with the Theme of Trendy Anime | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225346504 |
| 14 | FASHIOW | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226276115 |
| 15 | G powerW | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219660950 |
| 16 | Good luck be with me | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225180726 |

10

| 17 | GTA MAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223102106 |
| 18 | Haikou mens wear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418214888890 |
| 19 | HSY NANTONG | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225383517 |
| 20 | HY Clothes one | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219291705 |
| 21 | I WMM Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226032242 |
| 22 | JH Hoodie OOTD | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219948599 |
| 23 | JIA REN Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226448002 |
| 24 | jiazhejing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225449060 |
| 25 | Jinyis outfit | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226120509 |
| 26 | JJINKUNFUSHI | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226036508 |
| 27 | lidhygyuhood | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224965934 |
| 28 | Lin Clothing Industry | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226352863 |
| 29 | LL boy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223440301 |
| 30 | LLH | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222692865 |
| 31 | LSF | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225379218 |
| 32 | Lunafey | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218432714 |
| 33 | LWXSTUDIO | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226066455 |
| 34 | MIMIFUZHUANG WU | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224969674 |

| 35 | MJUWIHB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225334266 |
| 36 | MonoCraft | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217272836 |
| 37 | Mu yang yang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222635395 |
|  |  |  |
| 39 | New UE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224652558 |
| 40 | Nexus Threads fashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223782588 |
|  |  |  |
| 42 | ningxifushi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225273055 |
|  |  |  |
| 44 | QGLL Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226114802 |
| 45 | QWERWW | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219531530 |
| 46 | Rise JIA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225807749 |
| 47 | rongclothes | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225076996 |
| 48 | sen xia fu zhuang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213552498 |
| 49 | SHIDINISS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225160875 |
| 50 | Shopkeeper Sen Yi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224940576 |
| 51 | SmartDanny Deepl | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225676888 |
| 52 | Sunny sweat | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225181975 |
| 53 | VerveRoot | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223935178 |

| 54 | Vivacious and cute | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225693972 |
| 55 | Wanhe Fashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215095269 |
| 56 | WYULO | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226034335 |
| 57 | XIAOCAONAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220821271 |
| 58 | XINGBUO | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224831848 |
| 59 | XJWJ | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222664456 |
| | | |
| 61 | Xuanliang Beibei children | https://www.temu.com/mall.html?_bg_fs=1&mall_id=120612703916 |
| 62 | XXybb | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225204429 |
| 63 | XYPclothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224527589 |
| 64 | Y Nova | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222601231 |
| 65 | Zanry Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226280021 |
| 66 | Zhiyanshan | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225448601 |
| 67 | ZHUTIANSS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224882984 |
| 68 | Zoutuanxiang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222693172 |
| 69 | ZZ M | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226227571 |
| 70 | Zzhn Studio | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225781829 |
| 71 | Feizon | https://www.walmart.com/reviews/seller/102872582 |
| 72 | JanBo | https://www.walmart.com/reviews/seller/102828104 |
| 73 | RiLin | https://www.walmart.com/reviews/seller/102828328 |

| 74 | TinBio | https://www.walmart.com/reviews/seller/102828314 |
| 75 | WinSuo | https://www.walmart.com/reviews/seller/102910962 |
| 76 | XURON | https://www.walmart.com/reviews/seller/102775203 |
| 77 | ZENDO | https://www.walmart.com/reviews/seller/102819841 |