MEMO ENDORSED

BOIES SCHILLER FLEXNER

August 14, 2026

The conference scheduled for August 20, 2026 is adjourned until September 16, 2026 at 11:30 a.m. Any opposition briefs shall be filed with the Court and served on Plaintiffs' counsel by September 9, 2026. If any opposition is filed by that date, Plaintiffs' reply shall be filed by September 14, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 17, 2026
New York, New York

**VIA ECF**

Hon. Edgardo Ramos
Courtroom 619
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**LETTER MOTION TO ADJOURN AUGUST 20, 2026, HEARING**

Re: *LMGM, S.L.U., et al. v. The Individuals, et al.,*
Case No. 1:26-cv-02468-ER

Dear Hon. Judge Ramos,

We write on behalf of Plaintiffs LMGM, S.L.U., and LIONEL ANDRES MESSI CUCCITTINI (collectively, "Plaintiffs") in the above-captioned matter. On August 14, 2026, the Court entered an Order to Show Cause ("OSC") that ordered the Defaulting Defendants to appear at an in-person hearing at 11:30 am on August 20, 2026, to show cause why a default judgment should not be entered against them in this matter. Plaintiffs' counsel, however, is not available to appear at the scheduled August 20, 2026, hearing. Plaintiffs thus respectfully request that the Court adjourn the Order to Show Cause hearing from August 20 to August 31 or later date. This is the first requested adjournment of this hearing.

An adjournment of the August 20 hearing will not prejudice any of the Defaulting Defendants, as it will only provide them with additional time to arrange an appearance, even though none of the Defaulting Defendants have appeared to date. Adjourning the August 20 hearing will also not affect any other dates in this matter.

Plaintiffs thus respectfully request that the Court adjourn the August 20 hearing to August 31 or later date. We thank the Court for its continued attention to this matter.

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: /s/*Christopher Tom*

Christopher Tom
55 Hudson Yards
New York, NY 10001
ctom@bsfllp.com
(212) 446-2300

*Attorney for Plaintiffs LMGM, S.L.U., and LIONEL ANDRES MESSI CUCCITTINI*