**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LMGM, S.L.U. and LIONEL ANDRÉS MESSI CUCCITTINI,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 1:26-cv-02468-ER |

**DEFAULT JUDGMENT**

THIS CASE having been commenced by LMGM, S.L.U. and LIONEL ANDRÉS MESSI CUCCITTINI ("Plaintiffs") against the Defendants identified on the Second Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the seller identities identified in the Second Amended Schedule A (the "Defaulting Defendant Internet Stores"), and Plaintiffs having moved for entry of Default and Default Judgment against the Defaulting Defendants;

Plaintiffs having properly completed service of process on Defaulting Defendants pursuant to the methods authorized in the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Dkt. No. 28, and the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from marketplace platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, the time for answering the Complaint having expired, and the Clerk having entered the Certificate of Default, Dkt. No. 47;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District. Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Defaulting Defendant Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing Plaintiffs' trademark registered under U.S. Trademark Registration No. 4,948,078 (the "LMGM Trademark");

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114 *et seq.*), false designation of origin (15 U.S.C. § 1125(a) *et seq.*), and violation of unfair competition under New York common law;

IT IS HEREBY ORDERED that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from

   a. using Plaintiffs' LMGM Trademark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for

sale, and/or sale of any product that is not a genuine LMGM product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' LMGM Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LMGM product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' LMGM Trademark;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d. further infringing Plaintiffs' LMGM Trademark and damaging Plaintiffs' goodwill;

e. otherwise competing unfairly with Plaintiffs in any manner; and

f. shipping, delivering, holding for sale, transferring, and/or otherwise moving, storing, distributing, returning, and/or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' LMGM Trademark or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Temu and Walmart, social media platforms, Facebook,

YouTube, LinkedIn, X, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defaulting Defendant Internet Stores, and domain name registrars, shall within five (5) business days of receipt of this Order

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the LMGM Trademark, including any accounts associated with the Defaulting Defendants listed on the Second Amended Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and/or infringing goods using the LMGM Trademark; and

c. take all steps necessary to prevent links to the Defaulting Defendant Internet Stores identified on the Second Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Internet Stores from any search index.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including third-party platforms Payoneer, Temu and Walmart, shall within five (5) business days search and provide resulting discovery for Defaulting Defendant accounts based on identifying information provided by Plaintiffs' counsel, including but not limited to, account IDs, legal names, and associated e-mail addresses.

4. Payoneer, Inc. ("Payoneer") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. Temu ("Temu") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. Walmart Inc. ("Walmart") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. Pursuant to 15 U.S.C. § 1117, Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred fifty thousand dollars ($150,000.00).

8. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Payoneer, Temu and Walmart, are hereby released to Plaintiffs as partial payment of the above-identified damages, and are ordered to be released to Plaintiffs from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

9. Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Payoneer, Temu and

Walmart to satisfy payment owed by the Defaulting Defendants under their existing accounts or any new accounts identified. Upon receipt of this Order, Payoneer, Temu, and Walmart shall within five (5) business days

a. locate all accounts and funds connected to Defaulting Defendants, the Defaulting Defendant Internet Stores, or other online marketplace accounts or seller identities that are being used to sell or are the means by which Defaulting Defendants could continue to sell counterfeit LMGM products, including, but not limited to, any accounts;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10. Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") to satisfy payment owed by the Defaulting Defendants under their existing accounts or any new accounts identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days

a. locate all accounts and funds connected to Defaulting Defendants, the Defaulting Defendant Internet Stores, or other online

marketplace accounts or seller identities that are being used to sell or are the means by which Defaulting Defendants could continue to sell counterfeit LMGM products, including, but not limited to, any accounts;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11. In the event that Plaintiffs identify any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defaulting Defendants by third parties.

12. Plaintiffs may serve this Order on third party providers, including Payoneer, Temu, and Walmart, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on third party providers.

13. The five-thousand-dollar ($5,000) bond posted by Plaintiffs, including any interest minus the registry fee, is hereby released to Plaintiffs or their counsel. The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

Dated: September 16, 2026

Honorable Edgardo Ramos
United States District Judge

**SECOND AMENDED SCHEDULE A**

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 1 | A POWER MAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219119319 |
| 2 | ALI HU | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225101290 |
| 3 | BIAOBIAOY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220971237 |
| 4 | CGCFashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219414599 |
| 5 | ChenLV | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224500650 |
| 6 | Chironn | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226073472 |
| 7 | CindyYQ | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224797928 |
| 8 | CSSZY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219548865 |
| 9 | Cxf Yp | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223649023 |
| 10 | DailySync | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221680414 |
| 11 | Exquisite mens clothing i | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218915850 |
| 12 | Fashion expert L | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220083868 |
| 13 | Fashion Store X with the Theme of Trendy Anime | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225346504 |
| 14 | FASHIOW | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226276115 |
| [redacted] | [redacted] | [redacted] |
| 16 | Good luck be with me | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225180726 |
| 17 | GTA MAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223102106 |
| [redacted] | [redacted] | [redacted] |
| 19 | HSY NANTONG | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225383517 |
| 20 | HY Clothes one | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219291705 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 21 | I WMM Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226032242 |
| 22 | JH Hoodie OOTD | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219948599 |
| 23 | JIA REN Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226448002 |
| 24 | jiazhejing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225449060 |
| 25 | Jinyis outfit | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226120509 |
| 26 | JJINKUNFUSHI | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226036508 |
| 27 | lidhygyuhood | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224965934 |
| 28 | Lin Clothing Industry | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226352863 |
| 29 | LL boy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223440301 |
| 30 | LLH | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222692865 |
| 31 | LSF | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225379218 |
| [redacted] | | |
| 33 | LWXSTUDIO | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226066455 |
| 34 | MIMIFUZHUANGWU | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224969674 |
| 35 | MJUWIHB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225334266 |
| [redacted] | | |
| 37 | Mu yang yang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222635395 |
| [redacted] | | |
| 39 | New UE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224652558 |
| [redacted] | | |
| 42 | ningxifushi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225273055 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| [redacted] | | |
| 44 | QGLL Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226114802 |
| 45 | QWERWW | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219531530 |
| 46 | Rise JIA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225807749 |
| 47 | rongclothes | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225076996 |
| 48 | sen xia fu zhuang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213552498 |
| 49 | SHIDINISS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225160875 |
| 50 | Shopkeeper Sen Yi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224940576 |
| 51 | SmartDanny Deepl | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225676888 |
| 52 | Sunny sweat | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225181975 |
| 53 | VerveRoot | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223935178 |
| 54 | Vivacious and cute | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225693972 |
| 55 | Wanhe Fashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215095269 |
| 56 | WYULO | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226034335 |
| 57 | XIAOCAONAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220821271 |
| [redacted] | | |
| 59 | XJWJ | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222664456 |
| [redacted] | | |
| 61 | Xuanliang Beibei children | https://www.temu.com/mall.html?_bg_fs=1&mall_id=120612703916 |
| 62 | XXybb | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225204429 |
| 63 | XYPclothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224527589 |
| [redacted] | | |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 65 | Zanry Clothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226280021 |
| 66 | Zhiyanshan | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225448601 |
| 67 | ZHUTIANSS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224882984 |
| 68 | Zoutuanxiang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222693172 |
| 69 | ZZ M | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226227571 |
| 70 | Zzhn Studio | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225781829 |
| [redacted] | | |
| 72 | JanBo | https://www.walmart.com/reviews/seller/102828104 |
| [redacted] | | |
| 74 | TinBio | https://www.walmart.com/reviews/seller/102828314 |
| [redacted] | | |
| 77 | ZENDO | https://www.walmart.com/reviews/seller/102819841 |